```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 06998
   HARRY DELBERT TAYLOR JR
   LEAN ELIZABETH TAYLOR                       CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4480    SSN XXX-XX-0092

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/24/2004 and was confirmed 04/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 02/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
ASH CREDIT UNION          SECURED            5398.00     1599.44        5398.00
ASH CREDIT UNION          UNSECURED        NOT FILED         .00            .00
ASH CREDIT UNION          SECURED            8600.00     1365.59        8600.00
ASH CREDIT UNION          UNSECURED           2708.85        .00        2708.85
FITNESS QUEST             SECURED              50.00        5.98          50.00
FITNESS QUEST             UNSECURED        NOT FILED         .00            .00
AMERIN CIPS               UNSECURED        NOT FILED         .00            .00
ASCENSION ACQUISITIONS    SECURED NOT I      457.22          .00            .00
ASH CREDIT UNION          UNSECURED        NOT FILED         .00            .00
ASSOCIATED PSYCHOTHERAPI  UNSECURED          199.50          .00         199.50
CAPITAL ONE BANK          UNSECURED          772.30          .00         772.30
CHASE RECIEVABLES         UNSECURED        NOT FILED         .00            .00
CREDIT BUREAU SERVICES    UNSECURED        NOT FILED         .00            .00
CREDIT CONTROL            UNSECURED        NOT FILED         .00            .00
CREDIT CONTROL            UNSECURED        NOT FILED         .00            .00
CITIBANK NA               UNSECURED        NOT FILED         .00            .00
NATIONAL FINANCIAL SYSTE  NOTICE ONLY          .00           .00            .00
DONS AUTO BODY            UNSECURED        NOT FILED         .00            .00
FIRST CONSUMERS NATIONAL  UNSECURED        NOT FILED         .00            .00
NCO                       NOTICE ONLY          .00           .00            .00
INNOVATIVE ORTHODONTICS   UNSECURED        NOT FILED         .00            .00
MAGIC CASH                UNSECURED        NOT FILED         .00            .00
MARSHA G RYAN MD          UNSECURED        NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED         .00            .00
NCO                       UNSECURED        NOT FILED         .00            .00
NCO                       UNSECURED        NOT FILED         .00            .00
RURAL HEALTH              UNSECURED        NOT FILED         .00            .00
RURAL HEALTH              UNSECURED        NOT FILED         .00            .00
RURAL HEALTH              UNSECURED        NOT FILED         .00            .00
SECURITY FINANCE          UNSECURED        NOT FILED         .00            .00
SI RADIOLOGY ASSOC        UNSECURED        NOT FILED         .00            .00
SOUTHERN IL BEHAVIORAL S  UNSECURED        NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 06998 HARRY DELBERT TAYLOR JR & LEAN ELIZABETH TAYLOR
```

```
DR HARRY T BYRNE DPM       UNSECURED         187.00             .00          187.00
CERTEGY PAYMENT RECOVERY   NOTICE ONLY          .00             .00             .00
S ILLINOIS ORTHOPAEDIC C   UNSECURED         167.53             .00          167.53
S ILLINOIS ORTHOPAEDIC C   UNSECURED         440.10             .00          440.10
THE CASH STORE             UNSECURED      NOT FILED             .00             .00
UNION COUNTY AMBULANCE     UNSECURED      NOT FILED             .00             .00
UNION COUNTY HOSPITAL      UNSECURED      NOT FILED             .00             .00
UNITED ADJUSTMENT SERVIC   UNSECURED      NOT FILED             .00             .00
VERIZON WIRELESS           UNSECURED      NOT FILED             .00             .00
VERIZON WIRELESS           UNSECURED         576.70             .00          576.70
ASCENSION BANKRUPTCY REC   NOTICE ONLY          .00             .00             .00
CAPITAL ONE BANK           UNSECURED         938.99             .00          938.99
CAPITAL ONE BANK           UNSECURED        1110.32             .00         1110.32
PETER FRANCIS GERACI       DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN                 TRUSTEE                                          1,635.36
DEBTOR REFUND              REFUND                                             199.46
```

        Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             28,655.12

PRIORITY                                            .00
SECURED                                       14,048.00
    INTEREST                                   2,971.01
UNSECURED                                      7,101.29
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,635.36
DEBTOR REFUND                                    199.46
                   ---------------         ---------------
TOTALS              28,655.12                 28,655.12
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                           /s/ Tom Vaughn
   Dated: 05/28/08         _____
                           TOM VAUGHN
                           CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 04 B 06998 HARRY DELBERT TAYLOR JR & LEAN ELIZABETH TAYLOR